**Order issued September 11, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

—————————————————————————

## No. 05-13-01493-CR
—————————————————————————

**DARYL WAYNE SIRLS, Appellant**

## V.

## THE STATE OF TEXAS, Appellee

---

# O R D E R

Before Justices Bridges, Lang, and Evans

Based on the Court's opinion of this date, we **GRANT** the April 10, 2014 motion of Valencia Bush for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Valencia Bush as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Daryl Wayne Sirls, TDCJ No. 1883409, Louis C. Powledge Unit, 1400 FM 3452, Palestine, Texas, 75803.

/ David Evans/
DAVID EVANS
JUSTICE